UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROME WATTS, | ) | No. CV 16-1512 R (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| RON DAVIS, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 13, 2016

MANUEL L. REAL
United States District Judge